## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  July 28, 2016                522108

_____

In the Matter of DARYL
    LAWRENCE,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.

_____

Calendar Date:  June 6, 2016

Before:  Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ.

_____

        Daryl Lawrence, Ogdensburg, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination of respondent finding him guilty of alcohol use and drug use.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  Any loss of good time incurred by petitioner as a result of the disciplinary determination also should be restored (see Matter of Dexter v

<u>Annucci</u>, 134 AD3d 1335, 1336 [2015]).  In view of the foregoing, petitioner has received all of the relief to which he is entitled and the petition must be dismissed as moot (<u>see</u> <u>Matter of Kagan v Lewin</u>, 134 AD3d 1386, 1386 [2015]).

Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court